UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSHUA LAMARK,    No. CIV-S-11-1440 WBS GGH (TEMP)

      Plaintiff,

  v.    **ORDER OF REASSIGNMENT**

WALIA AARTI, et al.,

      Defendants.
_____/

    Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate Judge." See 28 U.S.C. § 636(c). According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

///

///

1    IT IS HEREBY ORDERED that the Clerk of the Court reassign
2  this case to the Honorable Gregory G. Hollows.  The parties shall
3  take note that all documents hereafter filed with the Clerk of
4  the Court shall bear case number CIV-S-11-1440 GGH.  All
5  currently scheduled dates presently set before Judge Shubb are
6  hereby VACATED.

8  DATED:  July 15, 2011

10         WILLIAM B. SHUBB
           UNITED STATES DISTRICT JUDGE

15    Having also reviewed the file, I accept reference of this
16  case for all further proceedings and entry of final judgment.
17  DATED: July 20, 2011

19                           /s/ Gregory G. Hollows
                             UNITED STATES MAGISTRATE JUDGE