**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, JOSHUA LAMARK**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LAMARK, | Case No. 2:11-CV-1440 CKD |
| Plaintiff, | STIPULATION OF DISMISSAL and ORDER |
| v. | |
| WALIA AARTI, dba AUBURN VALERO, VAZEER LALANI, BETTY LALANI, and DOES ONE to FIFTY, inclusive, | |
| Defendants. | |

Plaintiff **JOSHUA LaMARK** and Defendants **WALIA AARTI, dba AUBURN VALERO, VAZEER LALANI, BETTY LALANI**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

It is so stipulated.

**SINGLETON LAW GROUP**

Dated:  May 8, 2012          /s/ Jason K. Singleton
Jason K. Singleton, Attorney for
Plaintiff, **JOSHUA LAMARK**

**CORFEE STONE & ASSOCIATES**

Dated:  May 3, 2012          /s/ Zachary Best
Catherine M. Corfee,
Zachary Best, Attorneys for
Defendants **WALIA AARTI, dba AUBURN VALERO; VAZEER LALANI; BETTY LALANI**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LaMark vs. Aarti, et al.</u>, Case Number 2:11-CV-1440 CKD, is dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated: May 8, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE